FILED: September 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1810
(1:05-cv-00701-LMB-JFA)

_____

FARHAN MOHAMOUD TANI WARFAA

      Plaintiff - Appellee

v.

YUSUF ABDI ALI

      Defendant - Appellant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk